

**The following constitutes
the order of the court. Signed June 20, 2012**

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

FRED FARMAHIN FARAHANI,

    Debtor.

Case No. 12-53818 CN
Chapter 11

**ORDER DENYING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY**

    For the reasons stated on the record, Debtor's Motion to Extend Automatic Stay is denied as to Ronald Floria.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

Fred Farmahin Farahani
1650 Pomona Avenue
San Jose, CA 95110

2

**ORDER DENYING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY**
Case: 12-53818　Doc# 43　Filed: 06/20/12　Entered: 06/20/12 14:12:25　Page 2 of 2