Entered on Docket
August 02, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  BENJAMIN R. LEVINSON-SBN 116675
   LAW OFFICE OF BENJAMIN R. LEVINSON
2  A Professional Corporation
3  46 N. Second Street, Suite A
   Campbell, California 95008
4  Telephone: (408) 866-2999
   Facsimile:  (408) 866-2992
5  E-Mail: ben@benlevinsonlaw.com

**The following constitutes
the order of the court. Signed August 2, 2012**

_____
**Charles Novack
U.S. Bankruptcy Judge**

6  Attorney for Secured Creditor
   Ronald Floria

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA
10                           (San Jose Division)

11
   In re:                                    Case No. 12-53818-CN
12                                            Chapter 11
   FRED FARMAHIN FARAHANI,
13                                            RS No. BRL-283

14                                            AMENDED ORDER DENYING DEBTOR'S
                                              MOTION TO EXTEND THE AUTOMATIC
15                                            STAY

16                                            DATE: August 1, 2012
17              Debtor.                       TIME: 2:00 p.m.
   _____/           DEPT: 3070

18
        Movant Ronald Floria having filed a motion to have the Court Order that under 11 U.S.C.
19
   § 362(c)(3) and § 362(j) that there is no automatic stay in effect as to the Debtor and as to property of the
20
   estate under 11 U.S.C. § 362(a) and the motion having come before the Court for continued hearing on
21
   August 1, 2012; Debtor Fred Farahani appearing pro se and Benjamin R. Levinson appearing for the
22
   moving secured creditor Ronald Floria; and the Court interpreting this motion to be a motion to amend its
23
   prior order under FRCP Rule 59 and Bankruptcy Rule 8002(b) and determining that it still has jurisdiction
24
   to amend an existing order to correctly reflect its prior ruling even though a Notice of Appeal has been
25
   filed by the Debtor as to its original ruling for the reasons set forth on the record on August 1, 2012:
26

1. IT IS HEREBY ORDERED that for the reasons stated on the record at the motion to extend the stay heard on June 15, 2012, the Debtor's Motion to Extend the Automatic Stay as to Creditor Ronald Floria is denied as to the Debtor and as to all interests of the estate. There is no automatic stay as to the Debtor and as to the property of the estate.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |
| 4 | *DEBTOR*  *ALL OTHERS SERVED ELECTRONICALLY VIA ECF* |
| 5 | Fred Farmahin Farahani<br>1650 Pomona Avenue<br>San Jose, CA 95110 |

3
AMENDED ORDER DENYING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY